**FILED**

MAR 0 6 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| DANIEL J. (DAN) STRIZIC,<br><br>                            Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, d/b/a NORTHWESTERN ENERGY COMPANY, and JOHN & JANE DOES 1-7,<br><br>                         Defendants. | No. CV 16-16-BU-SEH<br><br>**ORDER** |

This Order addresses the deficiencies in the Plaintiff's Preliminary Pre-Trial Statement filed July 15, 2016,[1] and amends and supplements the Court's

---

[1] Doc. 13.

scheduling Order of July 11, 2016.[2]

Plaintiff's Preliminary Pre-Trial Statement fails to include "the basis for federal jurisdiction and for venue in the division;"[3] "the factual basis of each claim or defense advanced by the party;"[4] "the pendency or disposition of any related state or federal litigation;"[5] "proposed additional stipulations of fact not included in the Statement of Stipulated Facts, see L.R. 16.2(b)(3), and the parties' understanding as to what law applies;"[6] "proposed deadlines relating to joinder of parties or amendment of the pleadings;"[7] "identification of controlling issues of law suitable for pretrial disposition;"[8] "the name and city and state of current residence of each individual known or believed to have information that may be used in proving or denying any party's claims or defenses, and a summary of that information;"[9] "the substance of any insurance agreement that may cover any

---

[2] Doc. 12.

[3] L.R. 16.2(b)(1)(B).

[4] L.R. 16.2(b)(1)(C).

[5] L.R. 16.2(b)(1)(F).

[6] L.R. 16.2(b)(1)(G).

[7] L.R. 16.2(b)(1)(H).

[8] L.R. 16.2(b)(1)(I).

[9] L.R. 16.2(b)(1)(J).

resulting judgment;"[10] "the status of any settlement discussions and prospects for compromise of the case; and"[11] "suitability of special procedures."[12]

Disclosure of Plaintiff's experts and reports were due on or before March 3, 2017.[13]

Disclosure of Defendants' experts and reports are due on or before April 7, 2017.[14]

ORDERED:

1. Plaintiff's preliminary pretrial statement, amended in compliance with L.R. 16.2(b)(1) to cure the stated deficiencies, shall be filed on or before **March 10, 2017**.

2. Complete copies of all of Plaintiff's expert reports shall be served upon opposing counsel and filed on or before **March 10, 2017**.

3. Complete copies of all of Defendants' expert reports shall be served upon opposing counsel and filed on or before **April 7, 2017**.

---

[10] L.R. 16.2(b)(1)(K).

[11] L.R. 16.2(b)(1)(L).

[12] L.R. 16.2(b)(1)(M).

[13] Doc. 12 at 2.

[14] *Id.*

4. Separate written disclosures of all non-retained experts (expert witnesses not required to provide written reports) shall be served upon opposing counsel and filed by Plaintiff on or before **March 10, 2017**, and by Defendants on or before **April 7, 2017**. Such disclosures must address and include all information required by Fed. R. Civ. P. 26(a)(2)(A) and (C) and shall include separate statements of each opinion to be offered, specific identification of and source citations to the record to facts or data considered, referenced, or relied upon by the witness in forming the opinions expressed, and the bases and reasons for the opinions. Such disclosures are expected to be complete, comprehensive, accurate, and tailored to the issues on which the expert is expected to testify.

All other matters and deadlines in the Court's Order of July 11, 2016,[15] remain in full force and effect.

DATED this 6th day of March, 2017.

SAM E. HADDON
United States District Judge

---

[15] Doc. 12.