# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

**FILED**

MAR 2 2 2017

Clerk, U.S. District Court
District Of Montana
Helena

DANIEL J. (DAN) STRIZIC,

Plaintiff,

vs.

NORTHWESTERN CORPORATION,
d/b/a NORTHWESTERN ENERGY
COMPANY, and JOHN & JANE
DOES 1-7,

Defendants.

No. CV 16-16-BU-SEH

**ORDER**

A hearing on the Court's Order requiring Jami Rebsom, Esq. ("Rebsom") to appear and "show cause, if any, why this case should not be dismissed for failure to prosecute and for failure and refusal to comply with the orders of this Court"[1] was held on March 22, 2017. Rebsom was present on behalf of Plaintiff. Harlan Krogh, Esq. was present on behalf of Defendants.

Based upon the record made in open court,

ORDERED:

1.      On or before April 7, 2017, Plaintiff may serve upon opposing

---

[1] Doc. 17 at 2.

counsel and file the Fed. R. Civ. P. 26(a)(2)(B) expert report of Jake Traverna, M.D. together with all medical records of Jake Traverna, M.D.'s care and treatment of Plaintiff related to the claims asserted in this case. Such report shall comply with Fed. R. Civ. P. 26(a)(2)(A) and (B) and shall include (1) separate statements of each opinion to be offered, (2) specific identification of and source citations to the record to facts or data considered, referenced, or relied upon by the witness in forming the opinions expressed, and (3) the bases and reasons for the opinions. The report is to be complete, comprehensive, accurate, and tailored to the issues on which the expert is expected to testify.

2.    On or before May 5, 2017, Defendants may serve upon opposing counsel and file complete copies of all of Defendants' expert reports. Such reports shall comply with Fed. R. Civ. P. 26(a)(2)(A) and (B) and shall include (1) separate statements of each opinion to be offered, (2) specific identification of and source citations to the record to facts or data considered, referenced, or relied upon by the witness in forming the opinions expressed, and (3) the bases and reasons for the opinions. The reports are to be complete, comprehensive, accurate, and tailored to the issues on which the expert is expected to testify.

3.    Separate written disclosures of all non-retained experts (expert witnesses not required to provide written reports) shall be served upon opposing

counsel and filed by Plaintiff on or before April 7, 2017, and by Defendants on or before May 5, 2017. Such disclosures must address and include all information required by Fed. R. Civ. P. 26(a)(2)(A) and (C) and shall include separate statements of each opinion to be offered, specific identification of and source citations to the record to facts or data considered, referenced, or relied upon by the witness in forming the opinions expressed, and the bases and reasons for the opinions. Such disclosures are expected to be complete, comprehensive, accurate, and tailored to the issues on which the expert is expected to testify.

4.    All other matters and deadlines in the Court's Order of July 11, 2016,[2] remain in full force and effect.

5.    The Court takes the Order to Show Cause under advisement pending filing by Rebsom of Plaintiff's expert report and expert disclosures, if any.

DATED this **22** day of March, 2017.

SAM E. HADDON
United States District Judge

---

[2] Doc. 12.

-3-