

FILED

JUL 21 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| DANIEL J. (DAN) STRIZIC,<br><br>                       Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, d/b/a NORTHWESTERN ENERGY COMPANY, and JOHN & JANE DOES 1-7,<br><br>                      Defendants. | No. CV 16-16-BU-SEH<br><br>ORDER |

      The Court conducted a hearing on Defendant Northwestern Corporation's Motion in limine to Exclude W. Wayne Harper as a Witness and to Disqualify Him as Counsel[1] and Defendant Northwestern Corporation's Motion for Protective Order[2] on July 21, 2017. Defendant North Western Corporation was represented by Harlen B. Krogh, Esq. Plaintiff was represented by Jami Rebsom, Esq.

---

[1] Doc. 36.

[2] Doc. 38.

Upon the record made in open court and for good cause shown,

ORDERED:

Defendant Northwestern Corporation's Motion in limine to Exclude W. Wayne Harper as a Witness and to Disqualify Him as Counsel[3] and Defendant Northwestern Corporation's Motion for Protective Order[4] are GRANTED. W. Wayne Harper may not be called as a witness in support of Plaintiff's case in chief or a rebuttal witness. Defendant Northwestern Corporation is not obliged to answer Plaintiff's late discovery requests.

DATED this 21st day of July, 2017.

SAM E. HADDON
United States District Judge

---

[3] Doc. 36.

[4] Doc. 38.