FILED

AUG 0 3 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| DANIEL J. (DAN) STRIZIC,<br><br>                  Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION,<br>d/b/a NORTHWESTERN ENERGY<br>COMPANY, and JOHN & JANE<br>DOES 1-7,<br><br>                  Defendants. | No. CV 16-16-BU-SEH<br><br>ORDER |

Plaintiff's Unopposed Motion to Vacate Hearing on Motion for Partial Summary Judgment[1] is GRANTED. The hearing set for August 4, 2017, is VACATED.

DATED this 3rd day of August, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 62.