
FILED
NOV 17 2017
Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| DANIEL J. (DAN) STRIZIC,<br><br>          Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, d/b/a NORTHWESTERN ENERGY COMPANY, and JOHN & JANE DOES 1-7,<br><br>          Defendants. | No. CV 16-16-BU-SEH<br><br>**ORDER** |

The Court conducted a hearing on November 16, 2017, at the Paul G. Hatfield Courthouse in Helena, Montana.

Upon the record made in open court,

ORDERED

1. Plaintiffs' Counts I, II, III, IV, V, and VI[1] are DISMISSED.

---

[1] Doc 5.

2. Plaintiff's Count VII[2] remains before the court.

3. No discovery may be introduced as evidence at trial.

4. Jessica Chastain,[3] not identified in pretrial disclosures as ordered by the Court, may not testify at trial.

DATED this 17th day of November, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 5.

[3] Doc. 78.