IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

JAN 10 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| DANIEL J. (DAN) STRIZIC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION,<br>d/b/a NORTHWESTERN ENERGY<br>COMPANY, and JOHN & JANE<br>DOES 1-7,<br><br>　　　　　Defendants. | No. CV 16-16-BU-SEH<br><br>ORDER |

The court conducted a hearing with counsel on January 10, 2018, at the Paul G. Hatfield Courthouse in Helena, Montana.

Upon the record made in open court,

ORDERED:

1. Plaintiff's proposed witness, Jake Traverna, M.D., shall be limited in his testimony at trial to those opinions and statements expressed in his medical records, subject to any further limitations deemed appropriate by the Court.

2. On or before January 19, 2018, the parties shall file a revised Final Pretrial Order. The revised Final Pretrial Order shall include all components required by L.R. 16.4 and the orders of this Court, shall be limited to the issues in Count VII remaining in the case, and shall include a statement by both parties as to whether the exhibits identified differ in any way from those offered on December 11, 2017.[1]

DATED this 10th day of January, 2018.

Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[1] Docs. 98, 99, and 100.