FILED

MAR 27 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DANIEL J. (DAN) STRIZIC,<br><br>                  Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY COMPANY, and JOHN & JANE DOES 1-7,<br><br>                  Defendants. | Cause No. CV-16-16-BU-SEH<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter came before the Court on the Stipulation for Dismissal with Prejudice. In accordance with the Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 27th day of March, 2018.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge